ALISON M. BRASIER, ESQ.
Nevada Bar No. 10522
NICOLE C. BOLICK, ESQ.
Nevada Bar No. 15015
**HICKS & BRASIER, PLLC**
2630 S. Jones Blvd.
Las Vegas, Nevada 89146
Phone: (702) 628-9888
Fax: (702) 960-4118
E-Mail: nbolick@lvattorneys.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSHUA MICHAEL MONTGOMERY, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> PROGRESSIVE DIRECT INSURANCE COMPANY, a Foreign Corporation; DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive jointly and severally, <br><br> Defendants. | CASE NO: 2:24-cv-00407-MMD-DJA <br><br> **STIPULATION AND ORDER TO REMAND CASE TO STATE COURT** |

IT IS HEREBY STIPULATED AND AGREED TO by Plaintiff JOSHUA MICHAEL MONTGOMERY by and through his attorney of record, Nicole C. Bolick, Esq. of Hicks & Brasier, PLLC, and Defendant PROGRESSIVE DIRECT INSURANCE COMPANY by and through its counsel, Ryan L. Dennett, Esq. of Dennett Winspear, LLP the following:

IT IS HEREBY STIPULATED Plaintiff's causes of action against Defendant for 1) Violation of Unfair Claims Practices Act 2) Unjust Enrichment 3) Breach of the Covenant of Good Faith and Fair Dealing and 4) Punitive Damages are dismissed with prejudice.

1

IT IS FURTHER STIPULATED that by agreeing to this Stipulation, Plaintiff is not waiving any right he has to pursue his cause of action for Breach of Contract.

IT IS FURTHER STIPULATED that the claims of Plaintiff do not, and will not, exceed Seventy-Five Thousand Dollars ($75,000.00), and therefore, the Parties agree that this case should be remanded to the Eighth Judicial District Court, from where it was removed and jointly request that the Court Order Remand.

| | |
|---|---|
| DATED THIS 20th day of March, 2024 | DATED THIS 20th day of March, 2024 |
| **HICKS & BRASIER** | **DENNETT WINSPEAR, LLP** |
| /s/ Nicole C. Bolick | /s/ Jennifer Insley Micheri |
| ALISON M. BRASIER, ESQ. | RYAN L. DENNETT, ESQ. |
| Nevada Bar No. 10522 | Nevada Bar No. 5617 |
| NICOLE C. BOLICK, ESQ. | JENNIFER INSLEY MICHERI, ESQ |
| Nevada Bar No. 15015 | Nevada Bar No. 10089 |
| 2630 S. Jones Blvd. | 3301 N. Buffalo Drive, Suite 195 |
| Las Vegas, Nevada 89146 | Las Vegas, Nevada 89129 |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |

# ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that Case No. 2:24-cv-00407-MMD-DJA be remanded to Eighth Judicial District Court of Nevada Case No. A-24-884993-C.

DATED this 20th day of March, 2024.

_____

Submitted by:

**HICKS & BRASIER, PLLC**

  /s/ *Nicole C. Bolick*
NICOLE C. BOLICK, ESQ.
Nevada Bar No. 15015
2630 S. Jones Blvd.
Las Vegas, Nevada 89146
*Attorney for Plaintiff*